**UNITED STATES of America,**
**Appellee,**

v.

**Eric Lamont MANUEL, Appellant.**

**No. 07–1033.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 6, 2007.

Filed: Dec. 20, 2007.

Anne E. Gardner, Assistant U.S. Attorney, Todd Lister Newton, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Appellee.

Bryan Ashley Achorn, Lucas Wayne Zakrzewski, Robinson & Associates, Pine Bluff, AR, for Appellant.

Eric Lamont Manuel, Pine Bluff, AR, pro se.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Eric Manuel appeals the 70–month sentence the district court[1] imposed after he pleaded guilty to possessing with intent to distribute at least 5 grams but less than 50 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Manuel's counsel seeks permission to withdraw.

We conclude that Manuel's within-Guidelines-range sentence is not unreasonable because nothing in the record indicates the court overlooked a relevant factor, gave significant weight to an improper factor, or, in weighing the appropriate factors, made a clear error of judgment. *See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2462–68, 168 L.Ed.2d 203 (2007) (appellate presumption of reasonableness); *United States v. Haack,* 403 F.3d 997, 1003–04 (8th Cir.2005) (factors used to review sentence for reasonableness).

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no non-frivolous issues. Accordingly, we affirm the district court's judgment and grant counsel leave to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.